**Ronald D. JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36340.**

Missouri Court of Appeals,
Western District.

July 2, 1985.

---

William Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for appellant.

C.J. Larkin, Columbia, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

## ORDER

PER CURIAM:

Appeal from judgment denying a motion filed under Rule 27.26.

Judgment affirmed. Rule 84.16(b).